

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

December 26, 2019

Lauren.Boulbol@clydeco.us

*Via ECF and Fax* **(212-805-7949)**

Application granted.
SO ORDERED.
December 26. 2019

_____
P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    **Re:**    *AIG Property Casualty Company v. Artex Inc. and Artex Fine Art Services*
    **Docket No.:**    1:19-cv-01969-PKC-HBP

Dear Judge Castel:

This office represents Defendants, Artex, Inc. and Artex Fine Art Services. We write to seek an adjournment of the court's deadline to file a motion to join additional parties. Pursuant to the court's case management order, that deadline is December 26, 2019. This request is necessitated by the failure of Plaintiff to identify potentially liable third parties as required in the court's case management order.

Specifically, it was ordered that "Plaintiff will provide information regarding other contractors present during delivery and who inspected/opened the box by December 20, 2019." While Plaintiff did timely serve their initial disclosures, they did not specifically identify the parties present at delivery or responsible for inspecting or opening the box containing the artwork.

This office did not receive this information by Friday, December 20, 2019. On Monday, December 23, 2019 this office sent a follow-up email to Kristian Alfonso (counsel of record for Plaintiff) and received an "out of office" reply. In accordance with the instructions of the out of office, the follow-up was forwarded to abradshaw@clausen.com. As of filing, we have not received the information identified in the case management order. It is Defendants' position that other persons present and responsible for opening/inspecting the box may be responsible, in whole or in part, for Plaintiff's alleged damages and should therefore be a party to this litigation and contemplated mediation scheduled for next month. Therefore, Defendants seek the

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

Hon. P. Kevin Castel
December 26, 2019
Page 2



adjournment of the deadline to assert claims against third parties to January 9, 2020 to allow Plaintiff an opportunity to furnish this information.

No previous request for this relief has been made.


Respectfully Submitted,

*Lauren Elizabeth Boulbol*

Lauren Elizabeth Boulbol
LEB/jr