UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AIG PROPERTY CASUALTY CO,

                      Plaintiff,                              19-cv-1969 (PKC)

      -against-                                      ORDER

ARTEX INC. et ano.,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

On March 10, 2020 defendants Artex Inc. and Artex Fine Art Services presented to this Court by letter a discovery dispute with plaintiff AIG Property Casualty Co ("AIG"). (Doc 45.) AIG has not responded to the discovery dispute letter in the time provided (Individual Practices 3.B.) nor has it sought an extension of time to do so.

The Court now ORDERS as follows:

(1) Within 30 days of this Order (the Court would order a shorter period but for the present national emergency), AIG shall full respond to the document requests served on January 6, 2020 by producing all non-privileged, non-work product documents and providing a log by that date of any documents withheld on the grounds of privilege or work product.

(2) Within 30 days of this Order, AIG shall fully respond to the 13 interrogatories served on AIG on January 6, 2020.

(3) Failure to comply with paragraphs 1 and 2 in the time provided will result in the dismissal with prejudice of AIG's complaint.

(4) Fat discovery is extended to June 5, 2020. Expert discovery is extended to July 31, 2020.

(5) The Case Management Conference is adjourned from April 14, 2020 to July 14, 2020 at 11:15 a.m.

(6) All other requested relief is denied without prejudice.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
March 18, 2020