UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AIG Property Casualty Company,

                 Plaintiff(s),                 19-cv-1969 (PKC)

   -against-                                 ORDER

Artex Fine Art Services, et al.,

                 Defendant(s).
_____

CASTEL, U.S.D.J.

       By March 2, 2022, plaintiff shall file its proposed voir dire, proposed jury instructions, proposed verdict sheet and any *in limine* motions and deliver to defendant (but not file) its portion of the Joint Pre-Trial Order in Word format.  By March 16, 2022, defendant shall file its proposed voir dire, proposed jury instructions, proposed verdict sheet and any *in limine* motions and its responses to plaintiff's in limine motions.  By March 18, defendant shall file the proposed Joint Pre-Trial Order.  Plaintiff may respond to defendant's *in limine* motions by March 23, 2022.

       The Final Pre-Trial Conference will take place on April 13, 2022 at 12:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

       SO ORDERED.

                                           P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
          February 11, 2022